NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5017

RUDOLPH RHABURN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-008, Judge Margaret M. Sweeney.

ON MOTION

O R D E R

Rudolph Rhaburn moves to stay the briefing schedule for 180 days. The United States moves for an extension of time to respond to Rhaburn's motion, and consents to an extension of time but not a stay of the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    Rhaburn's motion is granted in part; Rhaburn's reply brief is due within 30 days of the date of filing of this order. If no reply brief is filed, the case will be ready for assignment to a calendar.

(2)    The United States' motion is granted.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK

FOR THE COURT

MAR 1 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Rudolph Rhaburn, Esq.
       Jessica R. Toplin, Esq.

s20